# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ASIA WITCHARD**                                           **PLAINTIFF**

v.                    **CASE NO. 4:21-CV-01072-BSM**

**ALBERT PIKE HOTEL,** *et al.*                          **DEFENDANTS**

## ORDER

Asia Witchard has neither filed an amended complaint nor maintained a current mailing address. Doc. Nos. 6, 7. Accordingly, her complaint is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal would not be taken in good faith. Local Rule 5.5(c)(2); 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of January, 2022.

                                                   /s/ Brian S. Miller
                                         UNITED STATES DISTRICT JUDGE