IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ASIA WITCHARD                                                                                    PLAINTIFF

v.                                    CASE NO. 4:21-CV-01072-BSM

ALBERT PIKE HOTEL, *et al.*                                                               DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE